# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**                              **PLAINTIFF**

v.                      No. 4:14-cr-73-DPM

**RASHADI WEARING**                                           **DEFENDANT**

## ORDER

The Court needs more details about why Wearing needs a psychological evaluation. Supplement under seal due by 7 July 2014.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

2 July 2014